354

**Charles SIMON and Herman T. Warshow, Plaintiffs-Appellants, v. Jane M. HOEY, Defendant-Appellee.**

**No. 152, Docket 21543.**

United States Court of Appeals
Second Circuit.

Argued Jan. 12, 1950.

Decided Jan. 30, 1950.

Writ of Certiorari Denied May 29, 1950.

See 70 S.Ct. 1001.

Alexander & Green, New York City, James D. Ewing, Lasater Terrell and Christian H. Genghof, New York City, of counsel, for plaintiffs-appellants.

Irving H. Saypol, United States Attorney, New York City, David McKibbin, Assistant United States Attorney, New York City, of counsel, for defendant-appellee.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Leibell, J. 88 F.Supp. 754.

**COMMISSIONER OF INTERNAL REVENUE v. Eileen H. HORTON.**

**No. 4042.**

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1950.

Theron L. Caudle, Assistant Attorney General, Department of Justice, Washington, D. C., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

L. L. Gambill, Fort Worth, Tex., for respondent.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed January 24, 1950, 13 T.C. 143, on motion of petitioner.

**COMMISSIONER OF INTERNAL REVENUE v. Rodney B. HORTON.**

**No. 4041.**

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1950.

Theron L. Caudle, Assistant Attorney General, Department of Justice, and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

L. L. Gambill, Fort Worth, Texas, for respondent.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed January 24, 1950, 13 T.C. 143, on motion of petitioner.